UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD BAYANI,<br><br>       Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden,<br><br>       Respondent. | Case No.: 26-cv-1663-JES-AHG<br><br>**ORDER DISMISSING CASE AS DUPLICATIVE**<br><br>**[ECF No. 1]** |

Before the Court is *pro se* Petitioner Mohammad Bayani's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on March 16, 2026, and transferred to this Court on March 17, 2026. ECF No. 1. Petitioner is also the petitioner in a separate petition for writ of habeas corpus in which he is represented by counsel. *See Bayani v. LaRose et al.*, No. 3:26-cv-00266-JES-VET (S.D. Cal. 1/26/2026).

Pursuant to the Court's Order to Show Cause, Petition sent a letter stating that this action is an inadvertent duplication of Petitioner's prior habeas petition. ECF No. 5. This action is thus **DISMISSED** as duplicative, without prejudice to Petitioner's other petition. The Clerk of the Court is **DIRECTED** to **CLOSE** only this case.

**IT IS SO ORDERED.**

Dated: April 14, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-1663-JES-AHG